UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALANNA MAROTTA,

        Plaintiff,

                                      Case No.  14-11149
vs.                              HON.  GEORGE CARAM STEEH

FORD MOTOR COMPANY, et al.,

        Defendants.
_____/

ORDER DENYING PLAINTIFF'S MOTION IN OPPOSITION
TO DEFENDANTS' BILL OF COSTS (DOC. 116)

Plaintiff Alanna Marotta brought this action, alleging that defendants Ford Motor Company, Michael Wendel, Michael Brudzinski, and Thomas Garrity discriminated and retaliated against her, and sexually harassed her in the workplace.  A jury trial was held from October 11, 2016 to October 17. 2016.  The jury found no cause of action against defendants.  This matter is presently before the Court on plaintiff's motion in opposition to defendants' bill of costs.

The Clerk of Court issued a Taxed Bill of Costs granting costs for service fees, court reporter fees, and witness fees.  (Doc. 114 at 1).  Plaintiff petitions the Court to review this Bill of Costs and deny Angelo Marotta's witness fee and all but one of the court reporter fees.

Angelo Marotta's witness fees are taxable pursuant to section (II)(E)(1)(a) of the Court's Bill of Costs Handbook.  Additionally, all of defendants' requested court reporter fees are taxable under section (II)(C)(1)(d) of the Court's Bill of Costs Handbook.  Every deposition transcript at issue was used in support of a motion and defendants provided the taxation clerk with the title of the motion, the date it was filed, and the exhibit number.  Further, excerpts of the deposition transcripts used in support of these motions were attached as exhibits to the motions.

Therefore, plaintiff's motion in opposition to defendants' bill of costs is DENIED.  The Court awards defendants $6,680.49 in costs.

IT IS SO ORDERED.

Dated:  February 23, 2017

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 23, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk